UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 22, 2017

No. 16-4087

Josh Finkelman, on behalf of himself and the Putative class,
Appellant

v.

National Football League; NFL Ventures, L.P.;
NFL Properties, L.L.C.; NFL Ventures, Inc., NFL Enterprises, L.L.C.

(D.N.J. No. 3-14-cv-00096)

Present: SMITH, Chief Judge, FUENTES and STARK[*], Circuit Judges

1.    Motion by Appellant to Amend the Court's Opinion.

Respectfully,
Clerk/sb

_____ORDER_____

At the direction of the Court, only the precedential opinion filed on December 15, 2017 shall be amended to include Robert H. Solomon, Esq. and Andrew Pepper, Esq. in the listing of attorneys for the appellant.  The listing is amended as follows:

Greg M. Kohn, Esq.
Bruce H. Nagel, Esq.  [**ARGUED**]
Andrew Pepper, Esq.
Robert H. Solomon, Esq.
Nagel Rice
103 Eisenhower Parkway
Roseland, NJ 07068

For the Court,
s/ Marcia M. Waldron
Clerk

Dated: December 26, 2017
tmm/cc: All Counsel of Record

_____

[*] Honorable Leonard P. Stark, Chief Judge of the United States District Court for the District of Delaware, sitting by designation.